DANIEL E. YOUNG #12723
TANNER R. WEAVER #18577
**PLANT, CHRISTENSEN & KANELL**
250 East 200 South, Suite 340
Salt Lake City, Utah 84111
Telephone: (801) 363-7611
Email: dyoung@pckutah.com
      tweaver@pckutah.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CHERYL MEGARRY-STRIEBY,<br><br>Plaintiff,<br><br>vs.<br><br>THE KIRK MANAGEMENT LLC, d/b/a THE KIRK APARTMENTS, CORNERSTONE RESIDENTIAL, LLC; and MISTY DEAKIN,<br><br>Defendant(s). | **DEFENDANTS' RULE 68 OFFER OF JUDGMENT AND NOTICE OF ACCEPTANCE**<br><br>Case No.: 2:22-cv-00135-BSJ<br><br>Judge Bruce S. Jenkins |

Defendants The Kirk Management LLC, d/b/a The Kirk Apartments, Cornerstone Residnetial, LLC, and Misty Deakin (collectively "Defendants"), by and through counsel and pursuant to Rule 68 of the Federal Rules of Civil Procedure, submit an Offer of Judgment (Exhibit A) and Notice of Acceptance (Exhibit B).

1

DATED March 28, 2023.

        **PLANT, CHRISTENSEN & KANELL**

        *[signature]*

        **DANIEL E. YOUNG**
        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of March, 2023, a true and correct copy of the foregoing was served pursuant to FRCP 5(b) by electronic filing the following:

Nicholas H.K. Jackson
Katherine B. Bushman
Katie M. Cox
Disability Law Center
960 South Main Street
Salt Lake City, UT 84101
njackson@disabilitylawcenter.org
kbushman@disabilitylawcenter.org
kcox@disabilitylawcenter.org
*Attorneys for Plaintiff*

/s/ Arielle Schmidt

# EXHIBIT A

DANIEL E. YOUNG #12723
TANNER R. WEAVER #18577
**PLANT, CHRISTENSEN & KANELL**
250 East 200 South, Suite 340
Salt Lake City, Utah 84111
Telephone: (801) 363-7611
Email: dyoung@pckutah.com
tweaver@pckutah.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CHERYL MEGARRY-STRIEBY,<br><br>    Plaintiff,<br><br>vs.<br><br>THE KIRK MANAGEMENT LLC, d/b/a THE KIRK APARTMENTS, CORNERSTONE RESIDENTIAL, LLC; and MISTY DEAKIN,<br><br>    Defendant(s). | **DEFENDANTS' RULE 68 OFFER OF JUDGMENT**<br><br>Case No.: 2:22-cv-00135-BSJ<br><br>Judge Bruce S. Jenkins |

Defendants The Kirk Management LLC, d/b/a The Kirk Apartments, Cornerstone Residnetial, LLC, and Misty Deakin (collectively "Defendants"), by and through counsel and pursuant to Rule 68 of the Federal Rules of Civil Procedure, submit an Offer of Judgment to the Plaintiffs in the total sum of TWENTY-FIVE THOUSAND FIVE-HUNDRED DOLLARS ($25,500.00) inclusive of attorneys' fees and costs incurred by Plaintiffs, discharge of the Plaintiff's eviction judgment, and to include the following:

    1.    Draft and implement a non-discrimination policy, to include language that requires that all housing-related contracts, applications, leases, and owner/tenant/resident rules

1

contain the following language, "All persons will be treated fairly and equally without regard to race, color, religion, sex (including sexual orientation and gender identity), familial status, disability, national origin, and source of income."

2. Draft and implement an updated and comprehensive policy outlining The Kirk's process for handling a request for reasonable accommodation, and provide it to the DLC for review and approval.

3. Fair housing training for individuals in the following categories (a)training once now for Management at Cornerstone, Current Management at The Kirk, and Any Staff Member who is tenant-facing at The Kirk, (b) training upon hiring for new staff members who are tenant-facing, and (c) ongoing training on a yearly basis for all those staff members.

This training should be a minimum of two hours in length and be conducted by an appropriate agency/facility/group agreed upon by the parties. The training may be conducted online, by videoconference or other electronic means. Defendants will be responsible for all costs associated with attending the training. Options: 1) The DLC's in-house trainer will offer this group training at a cost of $350, or 2) The National Center for Housing Management's Fair Housing Specialist course would also be acceptable.

This offer shall remain open to Plaintiffs for 14 days as provided for by Rule 68. If said offer is not accepted, Plaintiffs are hereby notified that Defendants intend to seek their costs and all other benefits as allowed under Rule 68.

DATED March 8, 2023.

          **PLANT, CHRISTENSEN & KANELL**

          **DANIEL E. YOUNG**
          *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of March, 2023, a true and correct copy of the foregoing was served pursuant to FRCP 5(b) by the method indicated to the following:

Nicholas H.K. Jackson
Katherine B. Bushman
Katie M. Cox
Disability Law Center
960 South Main Street
Salt Lake City, UT 84101
njackson@disabilitylawcenter.org
kbushman@disabilitylawcenter.org
kcox@disabilitylawcenter.org
*Attorneys for Plaintiff*

                                                */s/ Arielle Schmidt*

# EXHIBIT B

NICHOLAS H.K. JACKSON (Bar No. 15079)
KATHERINE B. BUSHMAN (Bar No. 15561)
KATIE M. COX (Bar No. 17188)
Disability Law Center
960 South Main Street
Salt Lake City, Utah 84101
Phone:(801) 363-1347
Fax:(801) 363-1437
Email: njackson@disabilitylawcenter.org
       kbushman@disabilitylawcenter.org
       kcox@disabilitylawcenter.org

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CHERYL MEGARRY-STRIEBY,<br>    Plaintiff,<br><br>v.<br><br>THE KIRK MANAGEMENT LLC, D/B/A THE KIRK APARTMENTS; CORNERSTONE RESIDENTIAL, LLC; and MISTY DEAKIN,<br>    Defendants. | **PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANTS' RULE 68 OFFER OF JUDGMENT**<br><br>Case No. 2:22-cv-00135-BSJ<br><br>Judge Bruce S. Jenkins |

PLAINTIFF CHERYL MEGARRY-STRIEBY ("Ms. Megarry"), by and through undersigned counsel and pursuant to Rule 68 of the Federal Rules of Civil Procedure, hereby accepts the Defendants' Rule 68 Offer of Judgment proffered on March 8, 2023.

DATED this 22nd day of March, 2023.

                                                  DISABILITY LAW CENTER

                                                  */s/Katie M. Cox*
                                                  NICHOLAS H.K. JACKSON
                                                  KATHERINE B. BUSHMAN
                                                  KATIE M. COX
                                                  *Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I, Katie M. Cox, hereby certify that on the 22nd day of March, 2023, that a true and correct copy of the foregoing document, PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANTS' RULE 68 OFFER OF JUDGMENT was served via electronic mail to the following:

JOHN H. ROMNEY (9160)
DANIEL E. YOUNG (12723)
Plant, Christensen & Kanell
250 East 200 South, Suite 340
Salt Lake City, Utah 84111
Email: dyoung@pckutah.com

/s/ Katie M. Cox
Katie M. Cox