FILED
2023 APR 17 PM 1:29
CLERK
U.S. DISTRICT COURT

NICHOLAS H.K. JACKSON (Bar No. 15079)
KATHERINE B. BUSHMAN (Bar No. 15561)
KATIE M. COX (Bar No. 17188)
Disability Law Center
960 South Main Street
Salt Lake City, Utah 84101
Phone:(801) 363-1347
Fax:(801) 363-1437
Email: njackson@disabilitylawcenter.org
kbushman@disabilitylawcenter.org
kcox@disabilitylawcenter.org

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CHERYL MEGARRY-STRIEBY,<br><br>Plaintiff,<br><br>v.<br><br>THE KIRK MANAGEMENT LLC, D/B/A THE KIRK APARTMENTS; CORNERSTONE RESIDENTIAL, LLC; and MISTY DEAKIN,<br><br>Defendants. | **ORDER OF JUDGMENT AND DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:22-cv-00135-BSJ<br><br>Judge Bruce S. Jenkins |

The matter is before the court on Defendants' Rule 68 Offer of Judgment and Notice of Acceptance. (ECF No 24) The parties have reached an agreement in this matter which consists of the following terms:

1. Judgment in the sum of $25,500.00, inclusive of attorney fees and costs incurred by Plaintiff;

2. Discharge of the eviction judgment against Plaintiff, to be undertaken by Defendants' legal counsel;

3. Defendants shall draft and implement a non-discrimination policy, to include language that requires that all housing-related contracts, applications, leases, and owner/tenant/resident rules contain the following language, "All persons will be treated fairly and equally without regard to race, color, religion, sex (including sexual orientation and gender identity), familial status, disability, national origin, and source of income."

4. Defendants shall draft and implement an updated and comprehensive policy outlining The Kirk Apartments' process for handling a request for reasonable accommodation, and provide it to the Disability Law Center for review and approval; and

5. Defendants shall implement fair housing training for individuals in the following categories:

    a. training once now for Management at Cornerstone Residential, Current Management at The Kirk Apartments, and any Staff Member who is tenant-facing at The Kirk Apartments;

    b. training upon hiring for new Staff Members who are tenant-facing; and

    c. ongoing training on a yearly basis for all those staff members.

These trainings should be a minimum of two hours in length and be conducted by an appropriate agency/facility/group from a list provided to Defendants by the Disability Law Center. The trainings may be conducted online, by videoconference or other electronic means. Defendants will be responsible for all costs associated with attending the trainings. The group training set forth in subsection 5(a) will be offered

by the Disability Law Center's in-house trainer at a cost of $350.00.

Defendants have remitted a check in the amount of $25,500.00 to Plaintiff, and Plaintiff was in receipt of this payment on April 10, 2023, representing satisfaction of the monetary judgment. Upon such satisfaction, the parties have agreed to dismissal with prejudice of Plaintiff's Complaint, this action, and all claims asserted herein against Defendants.

THEREFORE, THE COURT ORDERS the following:

1. Judgment is hereby entered against Defendants in the amount of TWENTY-FIVE THOUSAND FIVE-HUNDRED DOLLARS ($25,500.00);

2. Plaintiff's Complaint, this action, and all claims asserted herein against Defendants are hereby dismissed with prejudice, each party to bear their own costs.

ORDERED THIS 17 DAY OF APRIL, 2023

BY THE COURT:

_____
BRUCE S. JENKINS
United States Senior District Judge

STIPULATED AS TO FORM AND CONTENT THIS 14th day of April 2023.

*Attorneys for Plaintiff:*

/s/ Katie M. Cox
Nicholas H.K. Jackson
Katherine B. Bushman
Katie M. Cox

*Attorneys for Defendants:*

/s/ Daniel E. Young
(Signed with permission
via electronic mail)
Daniel E. Young