# United States District Court

## District of Utah, Central Division

Megarry-Strieby,

        Plaintiff,          **JUDGMENT IN A CIVIL CASE**

v.

The Kirk Management LLC, et al.,          Case Number: 2:22-CV-135-BSJ

        Defendants.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of Plaintiff Cheryl Megarry-Strieby, and against Defendants The Kirk Management LLC, d/b/a The Kirk Apartments; Cornerstone Residential, LLC; and Misty Deakin in the amount of $25,500.00.

that Plaintiff's action is dismissed with prejudice, each party to bear their own costs.

Dated: April 17, 2023.          By the Court:

                                          Bruce S. Jenkins
                                          United States Senior District Judge